

# Court of Appeals
# Fifth District of Texas at Dallas
## MANDATE

**TO THE 292ND JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 6th day of June 2025, the cause on appeal to revise or reverse the judgment between

PAULINE CORONADO, Appellant

No. 05-25-00070-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District Court, Dallas County, Texas Trial Court Cause No. WX-24-91259. Opinion delivered by Justice Smith. Justices Lewis and Jackson participating.

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, we dismiss this appeal for want of jurisdiction.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON J.J. KOCH, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 19th day of August 2025.



/s/ Ruben Morin

Ruben Morin, Clerk